UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAVONNE ADMIRE,

    Plaintiff,

                Case No.  1:11-cv-631

v.

                HONORABLE PAUL L. MALONEY

KOHL'S DEPARTMENT STORES, INC. AND
RICARDO BEVERLY HILLS, INC.,

    Defendants.

_____/


## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

  Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation.  A review of the docket for this case has revealed that defendant Kohl's Department Stores, Inc. has not filed the requisite disclosure.

  IT IS HEREBY ORDERED that defendant Kohl's Department Stores, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.


Date:  July 13, 2011               /s/ Paul L. Maloney_____
                         Paul L. Maloney
                         Chief United States District Judge